UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re
SEFA CEVIK,                                            Case No. 23-14748-SMG
Debtor                                                 Chapter 13
_____/

Debtor's Motion to Dismiss

Debtor requests to dismiss this case pursuant to 11 U.S.C. § 1307(b). This case has not been converted under another chapter.

Wherefore debtor requests the case be dismissed.

**I hereby certify** that a true and correct copy of the foregoing will be served upon all parties, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

JOEL M. ARESTY, P.A.
Counsel for Debtor
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax: 877-350-9402
E-mail: Aresty@Mac.com
By:/s/: Joel M. Aresty
Fla. Bar No. 197483